[No. 24869-7-II. Division Two. May 4, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. BILLY JOSEPH DONLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 95-1-00087-5, Randolph Furman, J., entered June 6, 1999. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 25260-1-II. Division Two. May 4, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH J. SCHEPIS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 1-54404, Rudolph J. Tollefson, J., entered October 20, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 25403-4-II. Division Two. May 4, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM K. GAIN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-1-00090-9, Leonard W. Kruse, J., entered December 17, 1999. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong, C.J., and Bridgewater, J.

[No. 25436-1-II. Division Two. May 4, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. RICHARD CRAIG FUHRMAN, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-04639-4, Brian M. Tollefson, J., entered December 10, 1999. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Bridgewater, J.